ANDRO FORNAL, Appellant, v. AGNES FORNAL, Respondent.—Action to impress a trust on certain real property known as 707 Tinton avenue, borough of the Bronx, New York. Order denying plaintiff's motion to amend finding of fact

numbered " 2," and the judgment dismissing the complaint on the merits, unanimously affirmed. While the testimony established a loan by the plaintiff to be repaid sometime in the future on demand, no trust affecting the real estate was established. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.